```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:09-cv-02481-MCE-JFM
                                   )
12          Plaintiff,             )
                                   )   APPLICATION AND ORDER
13      v.                         )   FOR PUBLICATION
                                   )
14  APPROXIMATELY $46,225.00 IN U.S.)
    CURRENCY,                      )
15                                 )
            Defendant.             )
16  _____)
```

17          The United States of America, Plaintiff herein, applies for
18  an order of publication as follows:
19          1.  Rule G(4) of the Supplemental Rules for Admiralty or
20  Maritime Claims and Asset Forfeiture Actions (hereafter
21  "Supplemental Rules") provides that the Plaintiff shall cause
22  public notice of the action to be given in a newspaper of general
23  circulation or on the official internet government forfeiture
24  site;
25          2.  Local Rule 83-171, Eastern District of California,
26  provides that the Court shall designate by order the appropriate
27  newspaper or other vehicle for publication;
28  ///

Application and Order for Publication

 3. The defendant Approximately $46,225.00 in U.S. Currency was seized in Butte County, California. The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant properties on May 18, 25, and June 1, 2009, in *The Wall Street Journal*.

 4. Plaintiff proposes that publication be made as follows:

     a. One publication;

     b. Thirty (30) consecutive days;

     c. On the official internet government forfeiture site www.forfeiture.gov;

     d. The publication is to include the following:

         (1) The Court and case number of the action;

         (2) The date of the seizure/posting;

         (3) The identity and/or description of the property seized/posted;

         (4) The name and address of the attorney for the Plaintiff;

         (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

         (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after

///

///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 9/2/09            LAWRENCE G. BROWN
                         United States Attorney


                          /s/ Kristin S. Door
                         KRISTIN S. DOOR
                         Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 8, 2009.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/46225.pub

Application and Order for Publication

3