```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $46,225.00 IN U.S. CURRENCY,<br><br>          Defendant. | 2:09-cv-02481-MCE-JFM<br><br><br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

This matter came before the undersigned on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

    1.  This action arose out of a Verified Complaint for Forfeiture *In Rem* filed September 2, 2009.

    2.  Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimants Carl W. Coleman, Sr. and Joelle Coleman.

1         3.   Plaintiff has shown that a complaint for forfeiture was
2    filed; that potential claimants Carl W. Coleman, Sr. and Joelle
3    Coleman received notice of the forfeiture action; that any and
4    all other unknown potential claimants have been served by
5    publication; and that grounds exist for entry of a final judgment
6    of forfeiture.
7         Therefore, IT IS HEREBY RECOMMENDED as follows:
8         4.   That Carl W. Coleman, Sr. and Joelle Coleman be held in
9    default;
10        5.   That plaintiff's motion for default judgment and final
11   judgment of forfeiture be granted;
12        6.   That a judgment by default be entered against any right,
13   title or interest of potential claimants Carl W. Coleman, Sr. and
14   Joelle Coleman in the defendant currency;
15        7.   That a final judgment be entered, forfeiting all right,
16   title and interest in the defendant currency to the United States
17   of America, to be disposed of according to law.
18        8.   That the Default Judgment and Final Judgment of
19   Forfeiture lodged herein be signed by the Honorable Morrison C.
20   England, Jr. and filed by the Clerk of the Court.
21             These findings and recommendations are submitted to the
22   United States District Judge assigned to the case, pursuant to
23   the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
24   after being served with these findings and recommendations, any
25   party may file written objections with the court and serve a copy
26   on all parties.  Such a document should be captioned
27   "Objections to Magistrate Judge's Findings and Recommendations."
28   Any response to the objections shall be filed and served within
     fourteen days after service of the objections.   The parties are

1  advised that failure to file objections within the specified time
2  may waive the right to appeal the District Court's order.
3  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated: December 10, 2009.

　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

/46225.def